STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar No. 10233
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:17-cr-145-KJD-CWH** |
| )  Plaintiff, ) | |
| ) v. ) | |
| ) SHONTAZ HUTCHINSON, ) | |
| )  Defendant. ) | |
| _____) | |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Rachel Korenblat, Assistant Federal Public Defender, counsel for Defendant SHONTAZ HUTCHINSON, that the date for the Government to file a response to the Defendant's Motion to Suppress (docket #25) be extended for two weeks.

This stipulation is entered for the following reasons:

1. The Defendant's Motion was filed and served on August 28, 2017. *See* Docket #25. The Government's response deadline was September 25, 2017.

2. Since the filing of the Defendant's Motion to Suppress, the parties have been attempting to negotiate the case, which would obviate the need for any further pre-trial litigation. The parties need additional time to finalize the proposed plea offer for the Defendant.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties time to reach a negotiation, which will obviate the need for this Court to consider the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the second stipulation filed herein to continue the Government's response deadline.

DATED: September 27, 2017.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
RACHEL KORENBLAT
Assistant Federal Public Defender
Counsel for Defendant SHONTAZ HUTCHINSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:17-cr-145-KJD-CWH** |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SHONTAZ HUTCHINSON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on August 28, 2017. *See* Docket #25. The Government's response deadline was September 25, 2017.

2. Since the filing of the Defendant's Motion to Suppress, the parties have been attempting to negotiate the case, which would obviate the need for any further pre-trial litigation. The parties need additional time to finalize the proposed plea offer for the Defendant.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties time to reach a negotiation, which will obviate the need for this Court to consider the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the second stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

## **CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties time to reach a negotiation, which will obviate the need for this Court to consider the Defendant's Motion. The failure to grant said continuance would likely result in a miscarriage of justice.

## **ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until _October 9_____, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: September 29, 2017