# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00145-KJD-CWH |
| Plaintiff, | |
| v. | |
| SHONTAZ HUTCHINSON, | **ORDER** |
| Defendant. | |

Presently before the Court is Defendant's motion to suppress (ECF No. 25), filed on August 28, 2017. The parties previously stipulated to an extension of the government's deadline to respond (ECF No. 30). The deadline set by this Court was October 9, 2017. However, no response has been received. In light of the efforts by the parties to reach an agreement that will eliminate the need for Defendant to bring this motion, the Court will grant a further extension for the government to respond, or for the parties to file a stipulation for an extension.

IT IS THEREFORE ORDERED that the deadline for the government to file a response to Defendant's motion to suppress is November 3, 2017.

DATED: October 26, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1