UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHONTAZ HUTCHINSON, ) <br> ) <br> Defendant. ) <br> _____) | **2:17-cr-145-KJD-CWH** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The Defendant's Motion was filed and served on August 28, 2017. *See* Docket #25. The Government's response deadline is presently November 3, 2017.

2. Since the filing of the previous stipulation, the parties have had to slightly alter the proposed plea agreement in the case, which, if accepted will obviate the need for any further pre-trial litigation. The parties need additional time to execute the plea agreement and return it to the Court.

3. The Defendant is incarcerated, but he does not object to the continuance of the Government's response deadline.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties time to execute a plea agreement, which will obviate the need for this Court to consider the Defendant's Motion.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the fourth stipulation filed herein to continue the Government's response deadline.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the Government's response deadline.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay, but merely to allow the parties time to execute a plea agreement, which will obviate the need for this Court to consider the Defendant's Motion. The failure to grant said continuance would likely result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED, that the previously-scheduled response deadline for the Government to respond to the Defendant's Motion to Suppress is extended until December 6 ___, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11/21/17