DAVID R. FISCHER, ESQ.
Nevada Bar No. 10348
LAW OFFICE OF DAVID R. FISCHER
400 South 4th Street
Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 547-3944
Email: info@fischerlawlv.com
*Attorney for Defendant SHONTAZ HUTCHINSON*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHONTAZ HUTCHINSON,<br><br>Defendant. | CASE NO. 2:17-cr-00145-KJD-CWH<br><br>**UNOPPOSED MOTION FOR THE PREPARATION OF PRE-PLEA PRESENTENCE REPORT (PSR)** |

Comes now, Defendant, SHONTAZ HUTCHINSON, by and through his counsel of record, DAVID R. FISCHER, ESQ., and files this Motion for the Preparation of Pre-Plea Presentence Report (PSR). This pleading is based upon the attached Memorandum of Points and Authorities and of all the papers and pleadings on file herein.

DATED this 18<sup>h</sup> day of April, 2018

                                           */s/ David R Fischer*
                                       DAVID R. FISCHER, ESQ.
                                       Attorney for Defendant HUTCHINSON

## POINTS AND AUTHORITIES

On May 3rd 2017, SHONTAZ HUTCHINSON was charged in a Criminal Indictment with violation of 18:922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm. On May 12th 2017, SHONTAZ HUTCHINSON made his initial appearance and entered his plea of not guilty to the charge of the indictment. The parties are in the process of attempting to negotiate this case. Based on the undersigned's review of SHONTAZ HUTCHINSON's criminal history, there is a concern that he may subject to a higher base offense level, which would cause him to face a significant amount of custodial time. Undersigned counsel has communicated with Assistant United States Attorney, Phillip Smith, and he does not oppose this request for a Pre-Plea Presentence Investigation Report.

To satisfy SHONTAZ HUTCHINSON's concerns and to assure that he has the information he needs to make a truly knowing and intelligent decision about how to proceed with his case, he has requested that a Pre-Plea Presentence Investigation Report be completed to determine if his prior conviction(s) will increase his sentencing guidelines exposure.

## CONCLUSION

Therefore, the undersigned respectfully request that this Honorable Court enter an Order that the United States Department of Probation prepare a Pre-Plea Presentence Investigation Report to determine SHONTAZ HUTCHINSON'S criminal history.

DATED this 18th of April, 2018.

_/s/ David R Fischer_
DAVID R. FISCHER, ESQ.
Attorney for Defendant HUTCHINSON

IT IS SO ORDERED.

DATED: April 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

I HEREBY CERTIFY that I am an employee or agent of the LAW OFFICE OF DAVID R. FISCHER and am a person of such age and discretion as to be competent to serve papers.

That on the 18th day of April, 2018, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR THE PREARATION OF THE PRE-PLEA PRESENTENCE REPORT (PSR)** by U.S. District Court CM/EFC Electronic Filing to all counsel of record herein.

                                      */s/ David R Fischer*
                                      DAVID R. FISCHER, ESQ.
                                      Attorney for Defendant HUTCHINSON